

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 15–40034
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Martin Luther Austin | Sylvia Lenna Austin |
| 700 Phillips St | 700 Phillips Street |
| Shelby, NC 28150–5546 | Shelby, NC 28150 |
| Social Security No.: xxx–xx–3669 | Social Security No.: xxx–xx–1703 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Modify Plan filed in the above referenced case on 04/15/2015 as document # 20 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 16, 2015                                                                                Steven T. Salata
                                                                                                     Clerk of Court

Electronically filed and signed (4/16/15)